IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **P.S. PRODUCTS, INC. and** | **PLAINTIFFS** |
| **BILLY PENNINGTON, Individually** | |
| | |
| **V.** | **Case No. 4:13-cv-342-KGB** |
| | |
| **ACTIVISION BLIZZARD, INC.,** | **DEFENDANTS** |
| **ACTIVISION PUBLISHING, INC., and** | |
| **TREYARCH CORPORATION** | |

### DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(B)(6)

Defendants Activision Blizzard, Inc., Activision Publishing, Inc., and Treyarch Corporation ("Defendants") respectfully move for dismissal of Plaintiffs P.S. Products, Inc. and Billy Pennington's ("Plaintiffs") complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) and state the following grounds:

1.      Plaintiffs allege that Defendants have infringed U.S. Patent No. D561,294, which covers an ornamental design of a stun gun.

2.      Plaintiffs have failed to state a claim because they cannot meet the necessary test to prove design patent infringement as a matter of law.

3.      Defendants support this motion with a contemporaneously filed memorandum brief.

4.      WHEREFORE, Defendants Activision Blizzard, Inc., Activision Publishing, Inc., and Treyarch Corporation respectfully request that the Court dismiss Plaintiffs P.S. Products, Inc. and Billy Pennington's complaint with prejudice, along with all other proper relief.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442
E-mail:   bglasgow@wlj.com


By /s/ Richard Blakely Glasgow
     Richard Blakely Glasgow (2009157)

*Attorneys for Activision Blizzard, Inc., Activision Publishing, Inc., and Treyarch Corporation*

1178220-v1

**CERTIFICATE OF SERVICE**

      On July 18, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which served a copy on the following through notice of electronic filing:

STEWART LAW FIRM
Chris H. Stewart
904 Garland Street
Little Rock, AR 72201
(501) 353-1364
arklaw@comcast.net

*Attorneys for P.S. Products, Inc. and Billy Pennington*

                                                /s/ Richard Blakely Glasgow